UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>JOHN LEONARD CALVERT,<br><br>                Defendant. | NO. CR-99-0154-EFS<br><br>**ORDER DENYING MR. CALVERT'S MOTION TO ALTER JUDGMENT** |

    Before the Court, without oral argument, is Defendant John Calvert's Motion to Amend Judgment and Sentence, (Ct. Rec. 336). Mr. Calvert asks the Court to amend the Second Amended Judgment in a Criminal Case, (Ct. Rec. 350), to remove the restitution and fine payment requirements and to ensure that Mr. Calvert gets credit for time served in the Walla Walla State Penitentiary. For the reasons given below, the Court denies the Defendant's motion.

    First, the Second Amended Judgment in a Criminal Case, (Ct. Rec. 350), did not require payment of a fine. The Court found at sentencing, due to the restitution order, Mr. Calvert did not have the ability to pay a fine. Accordingly, Mr. Calvert's motion is denied in part.

    The Court did order Mr. Calvert to make restitution in the amount of $46,884.51. However, the Court did not order Mr. Calvert to pay

ORDER ~ 1

$25.00 per month as Mr. Calvert appears to indicate B.O.P is requiring him to pay each month. Rather, the Second Amended Judgment provides, "[w]hile incarcerated defendant shall pay 1/10 of his income towards restitution." (Ct. Rec. 350). The Court finds this restitution payment appropriately takes into account that Mr. Calvert may need to utilize his funds while incarcerated for items other than restitution. Accordingly, the Court denies Mr. Calvert's request to remove the restitution payment requirement.

Lastly, Mr. Calvert asks the Court to ensure that he gets credit for time served at the Walla Walla State Penitentiary. The Amendment Judgment provides, "Court recommends that defendant received [sic] credit for time served in this matter as well as the Washington State matter." The Court finds this directive is sufficient, and denies the Defendant's motion to take further action.

Accordingly, the Defendant's Motion to Alter Judgment, **(Ct. Rec. 366)**, is **DENIED**.

**IT IS SO ORDERED.** The District Court Executive is directed to:

1. Enter this Order, and

2. Provide copies to all counsel, the Sheridan Federal Detention Center, and Mr. Calvert at: Federal Detention Center, 08522-085-FCI, P.O. Box 13900, Sheridan, OR 97378.

**DATED** this ___27th___ day of June, 2005.

                                      S/ Edward F. Shea
                                      EDWARD F. SHEA
                            United States District Judge

Q:\Criminal\1999\0154.amd.judgmt.wpd

ORDER ~ 2