UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>JOHN L. CALVERT,<br><br>          Defendant. | CASE NO. 99-CR-0154-EFS<br><br>**ORDER DENYING DEFENDANT'S CONSTRUED MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)** |

Before the Court is Defendant John L. Calvert's letter requesting a two-level sentencing reduction under 18 U.S.C. § 3582(c) pursuant to Amendment 782 to the U.S. Sentencing Guidelines. ECF No. 520. Amendment 782 reduced the base offense level in the Guidelines' drug quantity tables by two levels. *See* U.S.S.G. § 2D1.1(c). Because Defendant was not convicted of an offense to which the drug quantity table applies, Defendant is not eligible for a sentence reduction pursuant to Amendment 782. *See* Fourth Amended Judgment, ECF No. 481.

Accordingly, **IT IS HEREBY ORDERED**: Defendant's letter, **ECF No. 520**, filed on April 17, 2015, is **CONSTRUED** as a motion for sentence reduction under 18 U.S.C. § 3582(c). The motion is **DENIED**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to Defendant, counsel, and the U.S. Probation Office.

**DATED** this ___22nd___ day of April 2015.

                    s/Edward F. Shea
                    EDWARD F. SHEA
            Senior United States District Judge

Q:\EFS\Criminal\1999\0154.deny.mot.reduc.amdt.782.sent.lc1.docx

ORDER - 1