Alison K. Guernsey
Federal Defenders of Eastern Washington & Idaho
306 E. Chestnut Ave.
Yakima, WA 98901
(509) 248-8920

Attorney for Defendant
John L. Calvert

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
The Honorable Edward F. Shea

| | |
|---|---|
| United States of America,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>John L. Calvert,<br><br>　　　　　　　　Defendant. | No. 2:99-CR-0154-EFS<br><br>**Notice of Appearance** |

　　Please take notice that Alison K. Guernsey of the Federal Defenders of Eastern Washington and Idaho hereby enters her appearance as counsel of record in this matter. All future correspondence and court filings should be forwarded directly to the address listed above.

Dated: July 18, 2016.

Notice of Appearance: 1

|   |   |
|---|---|
| 1 |   |
| 2 | By s/ Alison K. Guernsey |
|   | Alison K. Guernsey |
| 3 | 4667366, NY |
|   | Federal Defenders of Eastern |
| 4 | Washington and Idaho |
|   | 306 East Chestnut Avenue |
| 5 | Yakima, Washington 98901 |
|   | (509) 248-8920 |
| 6 | (509) 248-9118 fax |
| 7 | Alison_Guernsey@fd.org |

## Certificate of Service

I hereby certify that on July 18, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Timothy J. Ohms, Assistant United States Attorney.

s/ Alison K. Guernsey
Alison K. Guernsey

Notice of Appearance:  2