Michael C. Ormsby
United States Attorney
Eastern District of Washington
Timothy J. Ohms
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:99-CR-00154-EFS |
| Plaintiff, ) | |
| v. ) | Motion for an Extension to Respond to Defendant's Motion to Vacate |
| JOHN L. CALVERT, ) | |
| Defendant. ) | March 3, 2017, 6:30 p.m. |
| ) | Without Oral Argument |

Plaintiff, United States of America, by and through Michael C. Ormsby, United States Attorney for the Eastern District of Washington, and Timothy J. Ohms, Assistant United States Attorney for the Eastern District of Washington, hereby submits the following Motion for an Extension to Respond to Defendant's Motion to Vacate.

On February 23, 2017, the Court ordered that the United States respond to Defendant's Motion by March 1, 2017 (ECF 539). Due to the current workload of the undersigned counsel for the United States, including five Ninth Circuit Court of Appeals briefs due in March of 2017 and two in April of 2017, the United Sates' will have difficulty preparing a response to Defendant's Motion. Therefore, the

Motion for Extension - 1

1 | United States requests an additional week, until March 8, 2017, to respond to

Defendant's Motion.

      Dated:  February 24, 2017.

                                 MICHAEL C. ORMSBY
                                 United States Attorney

                                 s/ Timothy J. Ohms
                                 Timothy J. Ohms
                                 Assistant United States Attorney

      I hereby certify that on February 24, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

    Alison K. Guernsey
    Federal Defenders
    306 E. Chestnut Avenue
    Yakima, WA  98901

                                 s/ Timothy J. Ohms
                                 Timothy J. Ohms