EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:99-CR-00154-EFS |
| Plaintiff, ) | |
| ) | Order Granting Motion for an |
| v. ) | Extension to Respond to |
| ) | Defendant's Motion to Vacate |
| JOHN L. CALVERT, ) | |
| Defendant. ) | |
| ) | |

Upon Motion by Plaintiff, United States of America, for an extension to respond to Defendant's Motion to Vacate.

IT IS HEREBY ORDERED that the Motion for Extension is GRANTED. The United States' Response to Defendant's Motion to Vacate shall be due on March 8, 2017.

Dated this _____ day of February 2017.

_____
Edward F. Shea
Senior United States District Court Judge

Order Granting Motion for Extension - 1