Michael C. Ormsby
United States Attorney
Eastern District of Washington
Timothy J. Ohms
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN L. CALVERT,<br><br>　　　　Defendant. | 2:99-CR-00154-EFS<br><br>Motion to Expedite Hearing<br><br>March 3, 2017, 6:30 p.m.<br>Without Oral Argument |

Plaintiff, United States of America, by and through Michael C. Ormsby, United States Attorney for the Eastern District of Washington, and Timothy J. Ohms, Assistant United States Attorney for the Eastern District of Washington, hereby submits the following Motion to Expedite Hearing on Motion for an Extension to Respond to Defendant's Motion to Vacate.

Dated: February 24, 2017.

　　　　　　　　　　　　　　MICHAEL C. ORMSBY
　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　<u>s/ Timothy J. Ohms</u>
　　　　　　　　　　　　　Timothy J. Ohms
　　　　　　　　　　　　　Assistant United States Attorney

Motion to Expedite Hearing - 1

I hereby certify that on February 24, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

    Alison K. Guernsey
    Federal Defenders
    306 E. Chestnut Avenue
    Yakima, WA  98901

                                     s/ Timothy J. Ohms
                                     Timothy J. Ohms