Alison K. Guernsey
Federal Defenders of Eastern Washington & Idaho
306 E. Chestnut Ave.
Yakima, WA 98901
(509) 248-8920

Attorney for Defendant
John L. Calvert

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
The Honorable Edward F. Shea

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br><br>    v.<br><br>John L. Calvert,<br><br>             Defendant. | No. 2:99-CR-0154-EFS<br><br>**Response to Government's Request for Extension** |

John L. Calvert respectfully objects to the Government's request for additional time. Although undersigned counsel understands that the Assistant U.S. Attorney assigned to this case is busy, it is Mr. Calvert's position that he is serving an unlawful sentence and his petition should be adjudicated as quickly as possible. Mr. Calvert filed his petition approximately seven months ago, and it raises issues that the U.S. Attorney's Office for the Eastern District of Washington has been

Response: 1

actively litigating for over a year. Under these particular circumstances, it is Mr. Calvert's position that additional time is unwarranted.

//

Dated: February 27, 2017.

By s/ Alison K. Guernsey
Alison K. Guernsey
4667366, NY
Federal Defenders of Eastern Washington and Idaho
306 East Chestnut Avenue
Yakima, Washington 98901
(509) 248-8920
(509) 248-9118 fax
Alison_Guernsey@fd.org

### Certificate of Service

I hereby certify that on February 27, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Timothy J. Ohms, Assistant United States Attorney.

s/ Alison K. Guernsey
Alison K. Guernsey

Response: 2