Alison K. Guernsey
Federal Defenders of Eastern Washington & Idaho
306 E. Chestnut Ave.
Yakima, WA 98901
(509) 248-8920

Attorney for Defendant
John L. Calvert

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
The Honorable Edward F. Shea

| | |
|---|---|
| United States of America,<br><br>                       Plaintiff,<br><br>    v.<br><br>John L. Calvert,<br><br>                       Defendant. | No. 2:99-CR-0154-EFS<br><br>**Motion to Expedite Hearing**<br><br>**Without Oral Argument**<br>**March 20, 2017, 6:30 p.m.** |

John L. Calvert hereby moves this Court to consider on an expedited basis his separately filed Motion for Permission to File an Over-length Brief. Given the impending hearing date on the issues that are raised in the brief as well as today's filing deadline, Mr. Calvert respectfully requests that the Court bypass the standard hearing times set forth in Local Rule 7.1(h)(2)(a).

//

Dated: March 13, 2017.

Motion to Expedite: 1

By s/ Alison K. Guernsey
Alison K. Guernsey
4667366, NY
Federal Defenders of Eastern
Washington and Idaho
306 East Chestnut Avenue
Yakima, Washington 98901
(509) 248-8920
(509) 248-9118 fax
Alison_Guernsey@fd.org

**Certificate of Service**

I hereby certify that on March 13, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Timothy Ohms, Assistant United States Attorney.

s/ Alison K. Guernsey
Alison K. Guernsey

Motion to Expedite: 2